## The People of the State of Illinois, Defendant in Error, v. R. B. Smith, Plaintiff in Error.

### Gen. No. 19,503.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed March 9, 1914.

### Statement of the Case.

Prosecution by The People of the State of Illinois against R. B. Smith on information in the Municipal Court of Chicago charging him with keeping a common, ill-governed disorderly house, kept for the encouragement of drinking and fornication. From a judgment of conviction, defendant brings error.

GEETING, POTTS & VAN DELLEN, for plaintiff in error.

MACLAY HOYNE, for defendant in error; ZACH HOFHEIMER, of counsel.

MR. PRESIDING JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

1. DISORDERLY HOUSE, § 2*—*what evidence inadmissible in prosecution for keeping.* In a prosecution for maintaining a disorderly house, testimony of witnesses that they had not seen evidence that defendant's house was being run for immoral purposes, or that fornication or drinking was carried on there, is incompetent and properly excluded.

2. CRIMINAL LAW, § 122*—*when evidence of reputation inadmissible.* In a prosecution for keeping a disorderly house, evidence in behalf of defendant showing his good reputation for truth and veracity is inadmissible where not attacked by the prosecution.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.